FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1324-BEN |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| EFRAIN HERNANDEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about March 26, 2008, within the Southern District of California, defendant EFRAIN HERNANDEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 82.90 kilograms (182.38 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 24, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
4/23/08