| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | MATTHEW J. GARDNER |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7042/(619) 235-2757 (Fax) |
|   | Email: matthew.gardner@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1324 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| EFRAIN HERNANDEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  Name (If none, enter "None" below)

6  None

7

8  Please call me if you have any questions about this notice.

9  DATED: July 29, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Matthew J. Gardner
_____
MATTHEW J. GARDNER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: matthew.gardner@usdoj.gov

Notice of Appearance
United States v. Hernandez                    2                         08CR1324

|     |     |
| --- | --- |
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** |

| | | |
| --- | --- | --- |
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1324-BEN |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| EFRAIN HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, MATTHEW GARDNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wendy S. Gerboth

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2008.

                                           s/ Matthew J. Gardner
                                           MATTHEW J. GARDNER

Notice of Appearance
United States v. Hernandez                     3                    08CR1324